# Court of Appeals
# of the State of Georgia

ATLANTA, February 19, 2013

*The Court of Appeals hereby passes the following order:*

**A13I0129.  WILLIAM G. HASTY, JR. v. JOAN HASTY CASTLEBERRY.**

Joan Hasty Castleberry sued William G. Hasty, Jr., for breach of fiduciary duty in his capacities as executor of his father's estate and trustee of a marital trust.  Hasty now seeks immediate review of the trial courts' grant of partial summary judgment in favor of Castleberry.  One issue in the proposed appeal is whether Hasty's father's will empowered Hasty to take certain actions of which Castleberry complains.

The Georgia Supreme Court has jurisdiction over appeals in cases involving wills.  Ga. Const. 1983, Art. VI, Sec. VI, Para. III.  The Supreme Court has explained that "'all cases involving wills' means those cases in which the will's validity or meaning is in question." *In re: Estate of Gwendolyn H. Lott*, 251 Ga. 461 (306 SE2d 920) (1983).  Because this case appears to concern the meaning of a will, the Supreme Court has jurisdiction, and this application is hereby TRANSFERRED to that court.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 02/19/2013
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*